IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DEBBY NORMAN )
)
v. ) No. 3-12-1288
)
METROPOLITAN GOVERNMENT )
OF NASHVILLE AND DAVIDSON )
COUNTY, TENNESSEE )

O R D E R

On December 20, 2013, the defendant filed a motion for summary judgment (Docket Entry No. 13).

In accord with the order entered October 1, 2013 (Docket Entry No. 12), the plaintiff shall have until January 29, 2014, to file a response to the motion. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by February 12, 2014, if the response is filed on January 29, 2014.

No other filings in support of or in opposition to the defendant's pending motion for summary judgment shall be made after February 12, 2014, except with the express permission of the Honorable Kevin H. Sharp.

The response memorandum shall not exceed twenty (20) pages and any reply memorandum shall not exceed five (5) pages.

The Clerk is directed to forward the file in this case to Judge Sharp for his consideration of the defendant's motion for summary judgment and accompanying filings (Docket Entry Nos. 13-15), the plaintiff's response to be filed by January 29, 2014, and the defendant's reply, if necessary, to be filed no later than February 12, 2014.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge