UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DEBBY NORMAN | ) | |
| | ) | |
| v. | ) | NO. 3:12-1288 |
| | ) | JUDGE SHARP |
| METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE AND DAVIDSON | ) | |
| COUNTY | ) | |

**ORDER**

The jury trial scheduled for May 13, 2014, and the final pretrial conference scheduled for April 28, 2014, are hereby continued to be reset, if needed, after the Court issues a ruling on the pending dispositive motion.

It is so ORDERED.

*(signature)*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE